AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Karl Alfred Spitzley | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 02-CV-64 |
| v. | |
| Dr. Brijn Sinha | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that Defendant's motion for summary judgment is denied as moot and this action is dismissed with prejudice.


Date: March 8, 2006                    RODNEY C. EARLY, CLERK


                        By:   s/Deborah M. Zeeb
                            Deputy Clerk